MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6758
Facsimile: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-CR-890-EMC |
| | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER |
| ADRIAN LANDERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States of America, by its counsel, Melinda Haag, United States Attorney, and

W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Adrian

Landers, by his counsel, Daniel Blank, Esq., hereby stipulate and agree to the exclusion of time

under Speedy Trial Act calculations based on the following:

1.      On February 1, 2012, the parties appeared before the Court for a status

conference;

2.      At that status conference, the Court continued the matter for a further status

conference on February 15, 2012 at 2:30 in order to allow counsel to review discovery as well as

to review evidence in this case;

1     3.    The Court excluded time in the interests of justice until February 15, 2012 under

the Speedy Trial Act for this purpose;

     4.    Accordingly, the parties stipulate and agree that time is excluded in the interests

of justice under the Speedy Trial Act until February 15, 2012.

SO STIPULATED.


DATED: February 2, 2012          MELINDA HAAG
                                      United States Attorney

                                   /s/
                    By: _____
                           W.S. Wilson Leung
                           Assistant United States Attorney


DATED: February 2, 2012             /s/
                         _____
                         Daniel Blank, Esq.
                         Counsel for Defendant Adrian Landers


SO ORDERED

DATED: February ___, 2012

HON. _____
United S____

IT IS SO ORDERED

Judge Edward M. Chen

-2-